JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. OBERDIEAR, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BEVERLY HILLS, et al., <br><br> Defendants. | Case No. CV 23-04158 RGK (RAO) <br><br> JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATE: 4/30/2024

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE